UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK AUSTIN,

                Plaintiff,

    - against -

BAYA BAR SOHO LLC, ET AL.,

              Defendants.

25-cv-3270 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was July 21, 2025. To date, no answer has been filed.

The time for the defendants to answer or respond to the complaint is extended to **August 6, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiffs should serve a copy of this Order on the defendants and file proof of service on the docket by **July 30, 2025**.

SO ORDERED.

Dated:    New York, New York
           July 23, 2025

                                    John G. Koeltl
                               United States District Judge