UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK AUSTIN,

                Plaintiff,

      - against -              25-cv-3270 (JGK)

BAYA BAR SOHO LLC, ET AL.,      ORDER

                Defendants.

JOHN G. KOELTL, District Judge:

    The initial conference scheduled for August 6, 2025, is **adjourned** to **Thursday, September 25, 2025, at 2:30 p.m.**

    Dial-in: 646 453-4442, with Conference ID 675 278 33#.

    The plaintiff should serve a copy of this Order on the defendants and file proof of service on the docket by **August 8, 2025.**

SO ORDERED.

Dated:    New York, New York
           July 31, 2025

                                              John G. Koeltl
                                    United States District Judge